# Exhibit 1

## Schedule A

| No. | Platform | Defendant Name / Alias | Listing URL |
|---|---|---|---|
| 1 | eBay | gav.real | https://www.ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwvXlokcQ2&itmprp=enc%3AAQAKAAAA0FkggFvd1GGDu0w3yXCmi1f%2BxJFBL4u211xSpCqyZ%2BtKw%2BA%2BKOw0VAiXMBJoOnuak5TzYmi8L1UrbExJ2ZhFcGKgRb1iInH4zHSO07EDr5tBUH8ty%2FgR8PXM8Z7AUYWEWWKncNYtHzvkI1OTVRoVM92yHM3XNkzLlc%2FVWVtRVWmNZDPrZUimcjwkj2E%2FMLu%2Fx%2FITrECwkU8dR62w2wSnfuGAfkqN9JnKLP0j5faxEOxnP8%2FNgX9Dqh13jUcoYMmSVRk9YVrYQGrY2PVpeERTDCY%3D%7Ctkp%3ABk9SR-bh-JOcZg |
| 2 | Temu | PetWizardss | https://www.temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-cat--large-cat---area--cat-hideout-modular-pet--durable-pet---materials-cat-hideaway--households-indoor-pets-g-601103123048009.html?_oak_mp_inf=EMnM%2FdCz1ogBGiA5ODY1Y2RjMjQ0NzM0ZTY3YmQxMzY1NTAwOWY4MWE1YyC8oeqIjjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F0b4a249332564490b84bc6899da8c0dc-goods.jpeg&spec_gallery_id=209155116385&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MTU3MDA&search_key=outdoor%20pet%20tent&refer_page_el_sn=200049&_x_sessn_id=z17f1jsuaz&refer_page_name=search_result&refer_page_id=10009_175612675819_xgnycwqggd |
| 3 | Temu | SMT | https://www.temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g-602396256242737.html?_oak_mp_inf=ELGY%2BPaE%2FIgBGiA5ODY1Y2RjMjQ0NzM0ZTY3YmQxMzY1NTAwOWY4MWE1YyD3g%2FGIjjM%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Flocal-goods-image%2F201365d8be6%2F958b54e3-fade-483e-ae6b-1498f8a943dc.jpeg&spec_gallery_id=202302759386&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=MjU2NA&_oak_gallery_order=1585698269%2C1366883662%2C285522500%2C890042732%2C433257603&search_key=outdoor%20pet%20tent&refer_page_el_sn=200049&_x_sessn_id=z17f1jsuaz&refer_page_name=search_result&refer_page_id=10009_1756122675819_xgnycwqggd |