











Outdoor 2-in-1 Cat Tunnel &
ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...
Hi chiuling!
Daily Deals
Brand Outlet
Gift Cards
Help & Contact
Sell
Watchlist
My eBay
Shop by category
Search for anything
All Categories
Search
Advanced
Find similar items from treasurebasin (106 items sold)
Shop store on eBay
Sponsored
Outdoor 2-in-1 Cat Tunnel & Play Tent - Fun Enclosures Linked with 2 Big Zipp...
gav.real (310)
99.1% positive
Seller's other items
Contact seller
US $50.97
Condition: New
Buy It Now
Add to cart
Add to Watchlist
Shipping: US $36.53 eBay SpeedPAK Economy. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Eugene, Oregon, United States
Delivery: Estimated between Thu, Sep 11 and Wed, Sep 24 to BR6 8HD
Returns: Seller does not accept returns. See details
Have one to sell?
Sell now
Share
17:14
2025/8/26
Outdoor 2-in-1 Cat Tunnel &
ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...
Gallery (1 of 9)
CAT ENCLOSURE PLAYGROUND
RELAXATION, & EXPLORATION
17:14
2025/8/26

Outdoor 2-in-1 Cat Tunnel &

ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...

Gallery (2 of 9)

17:14
2025/8/26

Outdoor 2-in-1 Cat Tunnel &

ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...

Gallery (3 of 9)

17:15
2025/8/26

Outdoor 2-in-1 Cat Tunnel &
ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...
Gallery (4 of 9)
Ultimate Rainbow
CAT ENCLOSURE PLAYGROUND
Promotes Healthy Exercise
Safe & Secure Design
Durable & Weather Resistant
Keeps Insects out
Perfect For Playtime
RELAXATION, & EXPLORATION
Loved by Cats and Owners Alike
17:15
2025/8/26
Outdoor 2-in-1 Cat Tunnel &
ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...
Gallery (5 of 9)
Perfect
FIT FOR ANY SPACE
47 Inch
18 Inch
11.8 Inch
124 Inch
Ultimate Rainbow
CAT ENCLOSURE PLAYGROUND
Perfect For Playtime
RELAXATION, & EXPLORATION
Loved by Cats and Owners Alike
17:15
2025/8/26

Outdoor 2-in-1 Cat Tunnel &
ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...
Gallery (6 of 9)
Ideal for Cats
AND ALL OTHER PETS
Perfect for Camping, Vacations, and
Outdoor Adventures!
Cats
Rabbits
Small Dogs
Puppy
CAT ENCLOSURE PLAYGROUND
RELAXATION, & EXPLORATION
Loved by Cats and Owners Alike
17:15
2025/8/26
Outdoor 2-in-1 Cat Tunnel &
ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...
Gallery (7 of 9)
Perfect For Playtime
RELAXATION, & EXPLORATION
Loved by Cats and Owners Alike
CAT ENCLOSURE PLAYGROUND
AND ALL OTHER PETS
17:15
2025/8/26

Outdoor 2-in-1 Cat Tunnel &
ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...
Gallery (8 of 9)
Take Fun Anywhere
NO TOOLS REQUIRED FOR INSTANT FUN
Take Out the Folding Tent & Tunnel
Unfold the Play Tent & Tunnel
Attach The Tunnel to the Play Tent
Let Your Furry Friend Experience a World of Endless Fun
SETS UP IN JUST 1 MINUTE!
Ultimate Rainbow
CAT ENCLOSURE PLAYGROUND
Perfect For Playtime
RELAXATION, & EXPLORATION
Loved by Cats and Owners Alike
17:15
2025/8/26
Outdoor 2-in-1 Cat Tunnel &
ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...
Gallery (9 of 9)
Ultimate Rainbow
CAT ENCLOSURE PLAYGROUND
Promotes Healthy Exercise
Safe & Secure Design
Durable & Weather Resistant
Keeps Insects out
Ideal for Cats
AND ALL OTHER PETS
Perfect for Camping, Vacations, and Outdoor Adventures!
Cats
Rabbits
Small Dogs
Keep Your
CAT ACTIVE AND HAPPY!
Durable Mesh
Easy to Clean & Storage
Lightweight & Portable Design
Storage Bag For Travel
Waterproof
Non-Toxic Materials
Perfect
FIT FOR ANY SPACE
47 Inch
18 Inch
11.8 Inch
124 Inch
Take Fun Anywhere
NO TOOLS REQUIRED FOR INSTANT FUN
Take Out the Folding Tent & Tunnel
Unfold the Play Tent & Tunnel
Attach The Tunnel to the Play Tent
Let Your Furry Friend Experience a World of Endless Fun
SETS UP IN JUST 1 MINUTE!
Perfect For Playtime
RELAXATION, & EXPLORATION
Loved by Cats and Owners Alike
17:15
2025/8/26

Outdoor 2-in-1 Cat Tunnel &
ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...
feedback
Seller with 99.4% positive feedback
About this item
Seller assumes all responsibility for this listing.
eBay item number: 396932055215
Last updated on Aug 08, 2025 01:35:04 PDT View all revisions
Item specifics
Condition New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more
Included Components Cat Tent And Tunnel
Model Name Cat Tunnel Outdoor
Age Range Description All Life Stages
Item Package Quantity 1
Brand Fidomeows
Closure Type Zipper
Directions For Anyone
Style Art Decor
Specific Uses For Product Outdoor, Indoor
Color Multicolor
Number Of Boxes 1
Model Number Cat Tunnel
Dog Breed Size Small
Target Audience Keyword House-Cats
Material Cotton
Unit Count 1.0
Package Dimensions LxWxH 13.15x12.52x4.09 Inches
Weight 2.84 Pounds
Type Does not apply
UPC Does not apply
Category Pet Supplies > Cat Supplies > Toys
Item description from the seller
Discover the Outdoor 2-in-1 Cat Tunnel & Play Tent, the ultimate play area for your furry friends! Perfect for cats, rabbits, guinea pigs, and ferrets, this versatile playpen can be used both indoors and outdoors. The breathable mesh ensures your pets stay cool and comfortable while allowing them to see their surroundings, reducing separation anxiety. The set includes a spacious 47x47x18-inch cat tent and a 12x124-inch tunnel, providing over 15 square feet of play space. The tent features two large zipper doors, and the tunnel can easily link to the tent
17:16
2025/8/26
Outdoor 2-in-1 Cat Tunnel &
ebay.com/itm/396932055215?_skw=oudoor+cat+playpen&itmmeta=01K3GKY611Z2440ZYX28SGWGV0&hash=item5c6afe80af:g:KUoAAeSwXlokcQ2&it...
About this seller
gav.real
99.1% positive feedback · 993 items sold
Joined Aug 2023
Visit store
Contact
Save seller
Detailed seller ratings
Accurate description 4.9
Reasonable shipping cost 5.0
Shipping speed 5.0
Communication 5.0
Average for the last 12 months
Popular categories from this store
See all
Cameras & Photo
Seller feedback (319)
Filter: All ratings
h***n (342) · Past month
Verified purchase
Amazing delivery time!!!! Item even better than described great design and good quality materials, a breeze to assemble due to easy to follow instructions, well packaged and overall great value, it looks so good!!! thank you for a smooth transaction...A1Seller!
3 Tier 8 Potted Metal Large Plant Stand for Indoor Outdoor Flower Pot Display... (#396910631028)
s***a (166) · Past 6 months
Verified purchase
Very good value, very good price, came in three days , packaged very well, would buy from this seller again.
Brushless Cooling Blower Fan, 120mm x 32mm 12V DC Squirrel Cage Centrifugal F... (#396183561497)
p***e (2113) · Past 6 months
Verified purchase
Items new as described. Thanks for the super fast shipping and excellent packing. A+++++
4 Pieces Swim Caps for Women Polyester Turban Strong Non-Slip Swimming Hat El... (#396529520415)
h***i (693) · Past 6 months
Verified purchase
Thank you for your accurate description, careful packing and fast shipping.
Red Chef hat and Apron for Adults Men Women, Cooking Grilling BBQ Chef Apron ... (#396529501856)
6***n (25) · Past 6 months
Verified purchase
Good seller Product as advertised. VERY prompt shipment. Arrived as psomised.
Hospital Cup with Lid and Straw, Large Water Cup with Straw and Handle, Hospi... (#396493903647)
d***n (3066) · Past year
Verified purchase
My kinda seller. Exactly as shown. Received in 2 days. Thank you.
Gamma Ray Computer Blue Light Blocking Gaming Reading Glasses w/Amber Tint an... (#395917803505)
s***s (2520) · Past 6 months
Verified purchase
smooth transaction, item received as described, well packed, & in a timely manner, thanks
Small Floating Shelf, Set of 3 Black Shelf for Wall Decor Storage Wall Mounte... (#396287105933)
17:16
2025/8/26

Outdoor 2-in-1 Cat Tunnel &
gav.real | eBay Stores
ebay.com/str/gavreal?_tab=about
Hi chiuling!
Daily Deals
Brand Outlet
Gift Cards
Help & Contact
Sell
Watchlist
My eBay
Shop by category
Search for anything
All Categories
Search
Advanced
gav.real
99.1% positive feedback
993 items sold
64 followers
Share
Contact
Save Seller
Categories
Shop
Sale
About
Feedback
About us
Location: Israel
Member since: Aug 06, 2023
Seller: gav.real
Top Rated Seller
gav.real is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more
17:16
2025/8/26
Checkout | eBay
gav.real | eBay Stores
pay.ebay.com/rxo?action=view&sessionid=2494451318013
Ship to
Wendy Lu
5600 N Sheridan Rd, unit 16e
Chicago, IL 60660-4828
United States
(213) 245-9390-2
Change
Review order
gav.real
Add note for seller
99.1% positive feedback
Outdoor 2-in-1 Cat Tunnel & Play Tent - Fun Enclosures Linked with 2 Big Zipp...
$50.97
Quantity 1
Delivery
Free Expedited Shipping
Est. delivery: Aug 29 – Sep 4
Gift cards and coupons
Apply coupons or add eBay gift cards to your account. Once added, gift cards can't be removed.
Enter code:
Apply
Donate to charity
Order Summary
Item (1)
$50.97
Shipping
Free
Tax
$5.22
Order total
$56.19
By placing your order, you agree to eBay's User Agreement and Privacy Notice.
Confirm and pay
Purchase protected by eBay Money Back Guarantee
17:17
2025/8/26

collapsible cat play + cube
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
Free shipping
excludes local items
Free returns
Up to 90 days*
Get the Temu App
Start Selling to Millions of Buyers on Temu
Join Now
Best-Selling Items
5-Star Rated
Local Warehouse
Categories
outdoor pet tent
Orders & Account
Support
English
Home › Pet Supplies › Pet Toys › Collapsible Cat Play Tunne...
No import charges
Local warehouse - Fastest delivery: 3 BUSINESS DAYS Collapsible Cat Play Tunnel + Cube with Three Ways for Indoor and Outdoor Cat Enclosure Tunnel and Tent Connection, Cat Tunnel for Outside, Extra Large Cat Tunnel, Large Cat Tunnel, Pet Play Area, Spacious Cat Hideout, Modular Pet Tunnel, Durable Pet Tunnel, Petsafe Materials, Cat Hideaway, Multicat Households, Indoor Pets
Sold by
$157.00
ALMOST SOLD OUT
Pay $14.54 today
Free shipping | No order min | $5.00 Credit for delay
Color: BlackWithOrangeTrim
Qty 1
Add to cart
Buy now! Almost out!
Fastest delivery in 3 business days
Free shipping for this item
$5.00 Credit for delay
15-day no update refund
20-day no delive
Standard: FREE, Fastest delivery in 3 business days
No import charges for all local warehouse items and no extra charges upon delivery
Safe payments · Secure privacy
Order guarantee
Free returns · Best price guarantee · Return if item damaged
BONUS COUPONS
PetWizardss
3 Followers | 51 Sold | 3.9
Follow
Shop all items (3.4K+)
Messages
Feedback
15:35
2025/8/26
collapsible cat play + cube
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
Delivery guarantee
Refund for any issues
Great for indoor use
Color: BlackWithOrangeTrim
Add to cart
Buy now
15:35
2025/8/26

collapsible cat play + cube
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
Free shipping
Free returns
Get the Temu App
Great for indoor use
Color: BlackWithOrangeTrim
PetWizardss
Add to cart
Buy now
✓Free returns · ✓Best price guarantee · ✓Return if item damaged
15:35
2025/8/26
collapsible cat play + cube
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
Free shipping
Price adjustment
Get the Temu App
More Combinations, More Fun
Color: BlackWithOrangeTrim
PetWizardss
Add to cart
Buy now
✓Free returns · ✓Best price guarantee · ✓Return if item damaged
15:35
2025/8/26

collapsible cat play + cube w
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
Free shipping
Delivery guarantee
Get the Temu App
PERFECT FOR INDOOR AND OUTDOOR USE
Courtyard
Balcony
Living room
Outdoors
Color: BlackWithOrangeTrim
PetWizardss
Follow
Add to cart
Buy now
Free returns · Best price guarantee · Return if item damaged
15:35
2025/8/26
collapsible cat play + cube w
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
Free shipping
Free returns
Get the Temu App
Color: BlackWithOrangeTrim
PetWizardss
Follow
Add to cart
Buy now
Free returns · Best price guarantee · Return if item damaged
15:35
2025/8/26

collapsible cat play + cube
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
① Collapse cube into flat position
② Place hands as pictured on each end of depressed cube.
③ Cube will form three sections
④ Hold compressed sections tightly and place elastic band around it.
Color: BlackWithOrangeTrim
PetWizardss
Add to cart
Buy now
15:35
2025/8/26
collapsible cat play + cube
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
Notice: If the mesh cube cannot keep its shape, please check if the steel wires inside the mesh cube are crossed together, pls separate them by hand and make the mesh cube back into the shape, if it doesnt work, pls try to fold the mesh cube, then open again.
Color: BlackWithOrangeTrim
PetWizardss
Add to cart
Buy now
15:35
2025/8/26

collapsible cat play + cube w
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
Free shipping
excludes local items
Free returns
Up to 90 days*
Get the Temu App
Start Selling to Millions of Buyers on Temu
Join Now
Support
English
Pet Supplies
Pet Toys
Collapsible Cat
18.5"
18.5"
Tent
23.62"
23.62"
23.62"
Bonus
18"
67"
Color: BlackWithOrangeTrim
PetWizardss
3 Followers
51 Sold
3.9
Follow
Shop all items (3.4K+)
Add to cart
Buy now
Safe payments · Secure privacy
Free returns · Best price guarantee · Return if item damaged
Almost out!
Messages
Feedback
15:35
2025/8/26
collapsible cat play + cube w
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
Free shipping
excludes local items
Delivery guarantee
Refund for any issues
Get the Temu App
Support
English
Pet Supplies
Pet Toys
Collapsible Cat
WELCOME
Color: BlackWithOrangeTrim
PetWizardss
3 Followers
51 Sold
3.9
Follow
Shop all items (3.4K+)
Add to cart
Buy now
Safe payments · Secure privacy
Free returns · Best price guarantee · Return if item damaged
Almost out!
Messages
Feedback
15:35
2025/8/26

collapsible cat play + cube w
temu.com/collapsible-cat-play--cube-with-three-ways-for-indoor-and-outdoor-cat-enclosure--and-tent-connection-cat--for-outside-extra-large-ca...
Free shipping excludes local items
Never overpay with our Price Match Guarantee
Best-Selling Items
5-Star Rated
Local Warehouse
Categories
outdoor pet tent
Orders & Account
Support
English
PetWizardss
3 Followers | 51 Sold | 3.9
Follow
Shop all items (3.4K+)
Tunnel, Large Cat Tunnel, Pet Play Area, Spacious Cat Hideout, Modular Pet Tunnel, Durable Pet Tunnel, Petsafe Materials, Cat Hideaway, Multicat Households, Indoor Pets
Sold by
$157.00
ALMOST SOLD OUT
Pay $14.54 today
Free shipping | No order min | $5.00 Credit for delay
Color: BlackWithOrangeTrim
Qty 1
Add to cart
Buy now! Almost out!
Fastest delivery in 3 business days
Free shipping for this item
$5.00 Credit for delay
15-day no update refund
20-day no delive
Standard: FREE, Fastest delivery in 3 business days
No import charges for all local warehouse items and no extra charges upon delivery
Safe payments · Secure privacy
Order guarantee
Free returns · Best price guarantee · Return if item damaged
Product details
Save | Report issue
Pattern: Other
Target Species: Squirrel
Material: Glass
See all details
Store Information
Warning: Toys for pets only, keep away from children.
TUNNEL SET includes one square tent house and a cat play tunnel. They can be used together or separately. Comes with a fashionable shoulder bag, you can easily bring the set with you when you travel DELUXE AND ROOMY Cube size: 23.62 x 23.62 inch; tunnel size: Diameter:18 inch, Length: 67 inch. Large enough for cats, puppy, rabbits, ferrets, and other small animals. ASILY CONNECTS TO CAT TENT With a zippered door at both ends(three ways for cube), our cat tunnel and cube easi ly connects to our cat tent. They can be used together or separately. you can connect more cat tunnels and cubes or more cat tents to have more fun for your pet. Cat tunnel and cube is very roomy which can offer your pet more freedom. IDEA FOR BOTH OUTDOOR AND INDOOR USE Perfect for everyday use on your deck, lawn, balcony, and more Mesh is breathable and give your outdoor cats a breath of fres r without worrying about them getting hurt or running away. keeps your pets indoor c loser to nature and Mesh is easy cleanup. KEEP YOUR PET ACTIVERunning in the cat tunnel and cube peal to the natural hunting instinct of your cats, keep your furry friends busy, happy and exercise playing. Keeping your cat happy and active.
BONUS COUPONS
Messages
Feedback
Top
15:36
2025/8/26
Petwizardss - Great Offers A
temu.com/petwizardss-m-634418224206470.html?goods_id=601103123048009&sticky_type=3&_x_sessn_id=z17f1jsuaz&refer_page_name=mall&refe...
Free shipping excludes local items
Delivery guarantee Refund for any issues
Get the Temu App
Start Selling to Millions of Buyers on Temu
Join Now
outside cat enclosures
PetWizardss
Local warehouse | Fastest delivery in 3 business days
3 Followers
51 Sold
3.4K+ Items
Follow
Items
Lightning deals
Pet Furniture
More sections
Reviews (3.9★)
Search all 3.4K+ items
Add $30.00 more to get free shipping from this seller
3.4K+ items
Sort by Relevance
Entrance to Adventure
ASSEMBLY GUIDE
PETOCAT Multi-shape Pet Play Tunnel
Local Indoor Cat Bed Featuring a Tun...
$52.61
Local Portable Cat Play Tent for Indo...
$69.37
Local 3ft Geometric Cat Tunnel Bed ...
$64.82
Local 4-Way Collapsible Cat Tunnel w...
$57.64
Local Collapsible Washable C...
$46.39
Rest & Play YOUR WAY
15:37
2025/8/26



temu.com/petwizardss-m-634418224206470.html?goods_id=601103123048009&sticky_type=3&_x_sessn_id=z17f1jsuaz&refer_page_name=goods&re...
Free shipping
excludes local items
Delivery guarantee
Refund for any issues
Get the Temu App
PetWizardss
Local warehouse | Fastest delivery in 3 business days
Store Information
Business Name
Xiamenshijimeiquqingchaowujidianzishangwugongzuoshi(getigongshanghu)
Address
Room 301-3, No. 1056, Lilin Village, Guankou Town, Jimei District, Xiamen City (address for delivery of legal documents)
Jimei District
361021
Fujian Province, Xiamen City
China
3.4K+ items
Subtotal
$62.36
15:52
2025/8/26
Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_order"%3A0%2C"ck_cart_login_stat...
No import charges for all local warehouse items and no extra charges upon delivery
Free shipping on all items of this order
Shipping address
Wendy Lu +1 (213)245-9390
5600 N Sheridan Rd Unit 16E
CHICAGO, IL 60660, United States
Ships from PetWizardss (1) Local Warehouse
No import charges Collapsible Cat Play Tunnel + Cube with Three Ways for Indoor and Outdoor Cat E...
BlackWithOrangeTrim
Qty: 1
$157.00
Standard shipping: FREE, delivery: 3-7 business days, fastest delivery in 3 business days
Payment methods
Apple Pay
Card
Order summary
Item(s) total: $157.00
Shipping: FREE
Sales tax: $16.09
Order total: $173.09
Submit order (1)
15:43
2025/8/26

new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
Free shipping
excludes local items
Delivery guarantee
Refund for any issues
Get the Temu App
Start Selling to Millions of Buyers on Temu
Join Now
Best-Selling Items
5-Star Rated
Local Warehouse
Categories
outdoor pet tent
Orders & Account
Support
English
Home › Pet Supplies › Pet Furniture › shademart new Outdoor Cat ...
LABOR DAY
Free shipping on orders over $30 from this seller
No order mi
No import charges
Local warehouse - Fastest delivery: 2 BUSINESS DAYS shademart new Outdoor Cat Enclosures for Indoor Cats, 6-in-1/2-in-1 Outside Large Playground Include Portable Cat Tent and Tunnel, for Cats and Other Pets
2 sold | Sold by
$29.68
$25.64
13% OFF limited time
ALMOST SOLD OUT
Pay $6.41 today
Lowest price in 30 days
Big sale
Ends in 06:23:12:29
Size
6 in 1 Pet Cat and Dog Tunnel Tent
2-in-1 Portable Outdoor Cat Tunnel
Qty 1
Add to cart
Lowest price in 30 days
Buy now! Almost out!
Fastest delivery in 2 business days
SMT | Chat
223 Followers
14K+ Sold
4.5 ★
Follow
All items (382)
BONUS COUPONS
Product details
Save | Report issue
Ships from this seller
$5.00 Credit for delay
15-day no update refund
20-day no
Standard: $2.99 or FREE (if ordering $30.00+ from this seller), Fastest delivery in 2 business days
Messages
Feedback
Subtotal
$157.00
Free shipping on all items in your cart
1 almost sold out
Checkout (1)
Go to cart
Select all (1)
Free shipping from this seller
ALMOST SOLD OUT
$157.00
15:46
2025/8/26
2 Size
Add to cart
Buy now
15:47
2025/8/26

new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
Ours
Others
SMALL MESH FABRIC
Breathable and protect pets from mosquitoes or other animals
LARGE MESH FABRIC
Some mosquitoes may enter the tent through the mesh
2 Size
Add to cart
Buy now
SMT
Product details
Subtotal
$157.00
$157.00
15:47
2025/8/26
new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
PRODUCT SIZE
Weight: 2.75 lb
47.24 in
17.71 in
11.81 in
124.01in
2 Size
Add to cart
Buy now
SMT
Product details
Subtotal
$157.00
$157.00
15:47
2025/8/26

new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
Free shipping
excludes local items
Delivery guarantee
Refund for any issues
Get the Temu App
Start Selling to Millions of Buyers on Temu
Subtotal
$157.00
Free shipping on all items in your cart
Go to cart
Select all (1)
Free shipping from this seller
ALMOST SOLD OUT
$157.00
HIGH QUALITY NET
VISIBLE MATERIAL
DETAILS
DELICATE WORKMANSHIP
STRONG ZIPPER
2 Size
SMT
Chat
223 Followers
14K+ Sold
4.5
Follow
All items (382)
Add to cart
Buy now
Messages
Feedback
Product details
Save
Report issue
Standard: $2.99 or FREE (If ordering $30.00+ from this seller).
Fastest delivery in 2 business days
15:47
2025/8/26

new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
Free shipping
excludes local items
Free returns
Up to 90 days
Get the Temu App
Start Selling to Millions of Buyers on Temu
Subtotal
$157.00
Free shipping on all items in your cart
Go to cart
Select all (1)
Free shipping from this seller
ALMOST SOLD OUT
$157.00
PRODUCT SIZE
2 Size
SMT
Chat
223 Followers
14K+ Sold
4.5
Follow
All items (382)
Add to cart
Buy now
Messages
Feedback
Product details
Save
Report issue
Standard: $2.99 or FREE (If ordering $30.00+ from this seller).
Fastest delivery in 2 business days
15:47
2025/8/26

new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
HIGH QUALITY NET
VISIBLE MATERIAL
DETAILS
DELICATE WORKMANSHIP
STRONG ZIPPER
2 Size
Add to cart
Buy now
SMT
Chat
223 Followers
14K+ Sold
Follow
All items (382)
Product details
Save
Report issue
Standard: $2.99 or FREE (if ordering $30.00+ from this seller).
Subtotal
$157.00
Go to cart
Select all (1)
$157.00
Messages
Feedback
15:47
2025/8/26
new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
FREE COMBINATION
2 Size
Add to cart
Buy now
SMT
Chat
223 Followers
14K+ Sold
Follow
All items (382)
Product details
Save
Report issue
Standard: $2.99 or FREE (if ordering $30.00+ from this seller).
Subtotal
$157.00
Go to cart
Select all (1)
$157.00
Messages
Feedback
15:47
2025/8/26

new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
Product Size
27.55in
27.55in
27.55in
47.24in
27.55in
16.52in
49.21in
27.55in
16.52in
47.24in
2 Size
Add to cart
Buy now
Subtotal
$157.00
Go to cart
Select all (1)
$157.00
SMT
Chat
223 Followers
14K+ Sold
Follow
All items (382)
Product details
Save
Report issue
Standard: $2.99 or FREE (If ordering $30.00+ from this seller),
15:47
2025/8/26
new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
Size: 6 in 1 Pet Cat and Dog Tunnel Tent
Add to cart
Buy now
Subtotal
$157.00
Go to cart
Select all (1)
$157.00
SMT
Chat
223 Followers
14K+ Sold
Follow
All items (382)
Product details
Save
Report issue
Standard: $2.99 or FREE (If ordering $30.00+ from this seller),
15:47
2025/8/26

new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
Subtotal
$157.00
Free shipping on all items in your cart
1 almost sold out
Checkout (1)
Go to cart
Select all (1)
Free shipping from this seller
ALMOST SOLD OUT
$157.00
1
Size: 2-in-1 Portable Outdoor Cat Tunnel
Add to cart
Buy now
SMT
Chat
223 Followers
14K+ Sold
4.5 ★
Follow
All items (382)
Product details
Save
Report issue
Standard: $2.99 or FREE (If ordering $30.00+ from this seller),
Messages
Feedback
15:47
2025/8/26
new outdoor cat enclosures
temu.com/-new-outdoor-cat-enclosures-for-indoor-cats-6-in-1-2-in-1-outside-large-playground--portable-cat-tent-and--for-cats-and-other-pets-g...
Free shipping excludes local items
Never overpay with our Price Match Guarantee
Subtotal
$157.00
Free shipping on all items in your cart
1 almost sold out
Checkout (1)
Go to cart
Select all (1)
Free shipping from this seller
ALMOST SOLD OUT
$157.00
1
SMT
Chat
223 Followers
14K+ Sold
4.5 ★
Follow
All items (382)
Ships from this seller
$5.00 Credit for delay
15-day no update refund
Standard: $2.99 or FREE (If ordering $30.00+ from this seller), Fastest delivery in 2 business days
No import charges for all local warehouse items and no extra charges upon delivery
Safe payments · Secure privacy
Order guarantee
Free returns · Best price guarantee · Return if item dam
Product details
Save
Report issue
Major Material: PP
Item ID: 37Q428X31
Copy
Store Information
Description
Breathable meshMesh is breathable and give your outdoor cats a breath of fresh air without worrying about them getting hurt or running away, Breathable design keeps cats cool and comfortable as they play.
Huge spaceGreat space to run around in the tunnel that is attached. It's easy enough to store small animals like dog, rabbit, ferrets, guinea pig, cats, bunny, hamster, hedgehog pet, chinchillas.
Applicable to indoor and outdoorPet indoor outdoor cat house is breathable and the mesh surface is easy to clean, when used indoors, it can be used as a cat house to isolate injured pets, when used outdoors, it allows your cat to breathe fresh air, and be close to nature, allowing your pet to play and rest freely inside, providing them with lots of fun.
Easy to set upWith no tools required, you can quickly assemble this tent and tunnel set and have your pet snugly settled in no time.
See more
BONUS COUPONS
our interests
Mesh pet passage
Cat Tunnel DIY in Multiple Ways
MULTI-FUNCTIONAL PETPEN
Messages
Feedback
Top
15:48
2025/8/26

Smt | Temu
temu.com/m777418shop-m-635517729727861.html?goods_id=602396256242737&sticky_type=3&_x_sessn_id=z17f1jsuaz&refer_page_name=goods...
Free shipping
excludes local items
Delivery guarantee
Refund for any issues
Get the Temu App
Start Selling to Millions of Buyers on Temu
Join Now
Best-Selling Items
5-Star Rated
Local Warehouse
Categories
cat enclosure outdoor
Orders & Account
Support
English
Subtotal
$157.00
Free shipping on all items in your cart
1 almost sold out
Checkout (1)
Go to cart
Select all (1)
Free shipping from this seller
ALMOST SOLD OUT
$157.00
SMT
Local warehouse | Fastest delivery in 2 business days
223
Followers
14K+
Sold
382
Items
Chat
Store Information
Business Name
EVE AY CORP
Address
515 YORBITA RD
La Puente
California
91744
United States
Note
If you have any inquiries, you may contact this store through the direct chat function.
Home
Items
Lightning deals
Patio Furniture
Add $30.00 more to get free shipping from this
382 items
Sort by
Relevance
Local new Cat ...
$44.43 $227.00 1 sold
Local Interactive Tunnel...
$25.52 $59.90
Local shademart new O...
$25.64 $29.68 2 sold
Lowest price in 30 days
Local 6-in-1 Large Out...
$27.24 $144.19 6 sold
Lowest price ever
Local Pet Hot Pet Playg...
$60.68 $98.99 37 sold
Messages
Feedback
Top items
Best-Selling items from store
Best Reviewed from store
15:50
2025/8/26
new outdoor cat enclosures
Temu | Checkout
temu.com/bgt_order_checkout.html?source_channel=1&title=Checkout&extend_map=%7B"cart_need_additional_order"%3A0%2C"ck_cart_login_stat...
All data is safeguarded
Home › Checkout
No import charges for all local warehouse items and no extra charges upon delivery
Free shipping on all items of this order
Shipping address
Change address
Wendy Lu +1 (213)245-9390
5600 N Sheridan Rd Unit 16E
CHICAGO, IL 60660, United States
Ships from SMT (1) Local Warehouse
No import charges shademart new Outdoor Cat Enclosures for Indoor Cats, 6-in-1/2-in-1 Outside Larg...
6 in 1 Pet Cat and Dog Tunnel Tent
Qty: 1
Big sale | Limited time
ALMOST SOLD OUT
$62.36
Standard shipping: FREE, delivery: 2-7 business days, fastest delivery in 2 business days
Payment methods
Apple Pay
Card
Order summary
Enter coupon code
Apply
Apply coupon code
Item(s) total: $62.36
Shipping: FREE
Sales tax: $6.39
Order total: $68.75
Submit order now with our Price Match Guarantee.
By submitting your order, you agree to our TERMS OF USE, including the mandatory arbitration provision therein, and PRIVACY POLICY.
Donate with Temu
We invite you to donate $0.35 to fund a tree
Submit order (1)
Almost sold out
Temu's Tree Planting Program
Temu and its users have donated funds to Trees for the Future to plant trees across sub-Saharan Africa
Never overpay with our Price Match Guarantee
15:51
2025/8/26